# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
               Plaintiff, )   Case No. 2:12-cr-00407-PMP-PAL
)
vs. )   **ORDER**
)
DJEREN XUEREB, )   (Mot. Reconsider Det. Ord. - Dkt. #25)
)
               Defendant. )
_____)

      This matter is before the court on Defendant Djeren Xuereb's Motion to Reconsider Detention Order (Dkt. #25) filed December 21, 2012. The government filed a Response (Dkt. #27) January 7, 2013.

      The Defendant made an initial appearance on a complaint in this case on October 26, 2012, before the Honorable Robert J. Johnston, Magistrate Judge. Judge Johnston has recently retired, and this matter was referred to the undersigned by the district judge. Judge Johnston ordered the Defendant detained and remanded to custody. At his initial appearance, the office of the Federal Public Defender was assigned as counsel of record. Xuereb was subsequently indicted and appeared for an arraignment and plea on November 9, 2012. At the arraignment and plea defense counsel, George Trejo, advised the court that he would be making an appearance in this case. The verified petition for permission to practice pro hac vice and designation of local counsel were approved by the district judge in an Order (Dkt. #20) entered November 9, 2012.

      The current motion, which is supported by the declaration of counsel, requests that the Defendant be interviewed by Pretrial Services. Counsel represents that the Defendant was not previously interviewed by Pretrial Services based on the advice of prior counsel. The government filed a Response (Dkt. #27) stating the government does not oppose the Defendant's request that Pretrial

Services interview the Defendant and prepare a pretrial services report to assist defense counsel in determining whether sufficient basis exists to seek to reopen the detention hearing. However, while agreeing the defendant should be interviewed the government takes no position that reopening detention is appropriate. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendant's Motion to Reconsider Detention Order (Dkt. #25) is **GRANTED** to the extent that Pretrial Services shall interview the Defendant and prepare a bail report.
2. A hearing on Defendant's Motion to Reconsider Detention Order is set for **9:30 a.m., January 18, 2013, in Courtroom 3B**.

Dated this 8th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge