FILED

⎡ ⎤
⎢  ⎢ 2013 ⎢
⎣ ⎦

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DJEREN XUEREB,<br><br>        Defendant. | 2:12-CR-407-PMP-(PAL) |

## ORDER OF FORFEITURE

On January 30, 2013, defendant DJEREN XUEREB pled guilty to Counts One through Four of a Four-Count Criminal Indictment charging her in Counts One through Four with Money Laundering in violation of Title 18, United States Code, Section 1956(a)(3)(A) and (B). Criminal Indictment, ECF No. 10; Plea Agreement, ECF No. ___.

This Court finds that DJEREN XUEREB shall pay a criminal forfeiture money judgment of $130,000.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and (C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from DJEREN XUEREB a criminal forfeiture money judgment in the amount of
3 $130,000.00 in United States Currency.

4 DATED this 30th day of Jany, 2013.

_____
UNITED STATES DISTRICT JUDGE