# UNTIED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEJEREN XUEREB,<br><br>Defendant. | No. CR-12-00407-PMP-PAL<br><br>ORDER RE: MOTION TO CONTINUE SENTENCING AND RESETTING DATE FOR PSR OBJECTIONS |

Before the Court for resolution is Defendant, DEJEREN XUEREB's Motion to Continue the Sentencing hearing. The court having considered the submissions of the defendant, the court file, hereby orders:

Defendant's Motion to Continue the Sentencing Date is hereby GRANTED / DENIED. The Sentencing shall be held on Monday, July 22, 2013, at 1:30 p.m. The Defendant's Objections to her Presentence Report are due on May 15, 2013.

DATED THIS 12th day of April, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:
THE TREJO LAW FIRM

s/George Paul Trejo, Jr.
George Paul Trejo, Jr.
Attorney for Dejeren Xuereb

**ORDER RE: MOTION TO CONTINUE SENTENCING HEARING AND RESETTING DATE FOR PSR OBJECTIONS**

THE TREJO LAW FIRM
701 NO. 1ST STREET, SUITE 100
YAKIMA WA 98901
(509) 452-7777
WWW.THETREJOLAWFIRM.COM